UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Antonio Romero Williams,

        Petitioner,

vs.                                             ORDER

Robert Fenies,

        Respondent.         Civ. No. 07-2033 (PAM/RLE)

* * * * * * * * * * * * * * * * *

    Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

    ORDERED:

    That the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed without prejudice.

                                        BY THE COURT:

                                        s/ Paul A. Magnuson

Dated: July 18, 2007                 Judge Paul A. Magnuson
At St. Paul, Minnesota              United States District Court